# United States District Court
## Violation Notice

Location Code: 4180

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6709238 | TESAR | 54 |

6709238

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 1-10-17  0840 | 36-2.32(a)(1) |

Place of Offense: KATHERINE 'A' LOT

Offense Description: Factual Basis for Charge — HAZMAT ☐

INTERFERING W/AGENCY FUNCTION - RESISTING / INTENTIONALLY INTERFERRING

17-04232PO-001-PCT-DMF

### DEFENDANT INFORMATION
Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | ASHLEY | P |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SANFORD | NC | 27330 | 1990 |

Drivers License No. — CDL ☐ — D.L. State: NC — Social Security No.

Adult ☐ Juvenile — Sex ☐ Male ☒ Female — Hair: BLN — Eyes: HZL — Height: 5'4" — Weight: 130

### VEHICLE   VIN:                                                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | SC | 01 | MERC VAN |  | MAROON |

☒ A  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

☐ B  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT → $ _____  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

Defendant Signature _____

v. 09/2015)        Original - CVB Copy

| United States District Court | CVB Location Code |
|---|---|
| **Violation Notice** | A180 |

| ation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6709239 | TESAR | 54 |

6709239

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| e and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| -10-17 0840 | 36-2.32(a)(3) |

e of Offense

KATHERINE 'A' LOT

nse Description: Factual Basis for Charge     HAZMAT ☐

INTERFERING W/ AGENCY
FUNCTION - FALSE OR FICTICIOUS
INFORMATION

| DEFENDANT INFORMATION | Phone: ( ) |
|---|---|

| t Name | First Name | M.I. |
|---|---|---|
| SMITH | ASHLEY | P |

et Address

| | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SANFORD | NC | 27330 | 1990 |

| ers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | NC | |

| dult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair BRN | Eyes HZL | Height 5'4" | Weight 130 |
|---|---|---|---|---|---|

| VEHICLE | VIN: | | | | | CMV ☐ |
|---|---|---|---|---|---|---|
| No. | | State | Year | Make/Model | PASS ☐ | Color |
| | | SC | 01 | MERC VAN | | MAROON |

☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | $ | Forfeiture Amount |
|---|---|---|
| | | $30 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| rt Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. mise to appear for the hearing at the time and place instructed or pay the total collateral due.

efendant Signature

v. 09/2015)     Original - CVB Copy

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code | A180 | | |
| ation Number | Officer Name (Print) | Officer No. | |
| 6709240 | TESAR | S4 | 6709240 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| e and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 1017 0840 | 36-2.35(b)(2) |

ce of Offense

KATHERINE - LOT 'A'

nse Description: Factual Basis for Charge — HAZMAT ☐

POSSESSION OF A CONTROLLED SUBSTANCE - HEROIN

**DEFENDANT INFORMATION**  Phone: ( )

| Name | First Name | M.I. |
|---|---|---|
| SMITH | ASHLEY | P |

et Address

| | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SANFORD | NC | 27330 | 1990 |

| ers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | NC | |

| dult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair BRN | Eyes HZL | Height 5'4" | Weight 130 |

**VEHICLE**  VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | SC | 01 | MERC VAN | | MAROON |

☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| t Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

ignature signifies that I have received a copy of this violation notice. It is not an admission of guilt. mise to appear for the hearing at the time and place instructed or pay the total collateral due.

efendant Signature _____

v. 09/2015)   Original - CVB Copy

# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code | A180 | |
| Violation Number | Officer Name (Print) | Officer No. |
| 6709241 | TESOR | 54 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 8/10/17 0840 | 36-2.10(b)(10) |

Place of Offense

KATHERINE A' LOT

Offense Description: Factual Basis for Charge    HAZMAT ☐

CAMPING OUTSIDE DESIGNATED AREA

---

**DEFENDANT INFORMATION**  Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | ASHLEY | P |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SANFORD | NC | 27330 | __/__/1990 |

| Drivers License No. | CDL ☐ | D.L. State |
|---|---|---|
| | | NC |

| Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair BRN | Eyes HZL | Height 5'4" | Weight 130 |

**VEHICLE**  VIN:                                                  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | SC | 01 | MERC VAN | | MAROON |

☒ **A** IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

☐ **B** IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____  Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →**  $ _____  **Total Collateral Due**

---

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

Defendant Signature _____

Rev. 09/2015)        Original - CVB Copy

United States District Court
**Violation Notice**

| Location Code | A180 |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6709242 | TESAR | S4 |

6709242

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 7-10-17 0840 | 36-2.35(b)(2) |

Place of Offense
KATHERINE LOT 'A'

Offense Description: Factual Basis for Charge    HAZMAT ☐
POSSESSION OF A CONTROLLED
SUBSTANCE - MARIJUANA

**DEFENDANT INFORMATION** | Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | ASHLEY | P |

Street Address

| | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SANFORD | NC | 27330 | ../../1980 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | NC | |

Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair BRN | Eyes HZL | Height 5'4" | Weight 130

**VEHICLE** | VIN: | CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | SC | 01 | MERC VAN | | MAROON |

☒ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

B ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** | $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 10, 2017 while exercising my duties as a law enforcement officer in the Lake Mead District of Arizona At Katherine Landing on this date within the Special Maritime and Territorial Jurisdication of the United States, while performing a morning patrol of the area, I observed a motor home that had been parked in the back of parking lot A for several days without having moved. I drove to the location of that vehicle and then noticed beside it, a maroon minivan with the windows open. I saw a male slumped to his right in the drivers seat with no shirt on. The keys were in the ignition, but the vehicle was not running. Stepping up to the passenger side front window I saw a female lying without a shirt on, in the reclined passenger front seat. Between both front seats was an open quart bottle of Corona Beer.

I stated loudly, "park ranger, wake-up". Neither of them moved, so I repeated the statement. At that point the male awoke and appeared to be incoherent; looking around and having difficulty keeping his eyes open. I asked the male why he was camping in the lot. At that point the female awoke and was very disheveled in appearance. The male stated they were only sleeping. I asked for his drivers license, but he replied, "why, I haven't done anything". I told him he was camping outside the designated area. I again asked for his drivers license and he said he was not driving. I asked a third time; the female told him "he doesn't have to give it to you". The male said he didn't have a license. I then asked him for any identification. The male replied he didn't have any. The female began yelling at me that she knew her rights and I had to tell her why I was "harassing" them. I went to the driver side and asked the male to step-out of the vehicle. He asked me why and I said I was going to detain him until I could identify him. When he stepped from the vehicle, I saw a syringe on the seat that was under his body where he sat, so I placed him in handcuffs and escorted him to the front of the vehicle. The female was yelling that I was harrassing them and that she "knew her rights".

I then went over to the passenger side and requested the females identification. She stated, "I already told you I don't have any". So I asked her to step-out of the vehicle. She stated that I hadn't told her why I was "harrassing" them, so she was refusing. I repeated my request at least a dozen time; many of them while she was yelling at me. She lit a cigarette during these requests and began smoking it. I informed her I had another officer enroute and that it would be easier for her to come out of the vehicle peacefully now, rather than later. She refused several more requests.

Ranger Hannah Orfe arrived and I then opened the car door from the inside as there was no external handle, and grabbed one of the females arms; Ranger Orf grabbed the other. We then placed her in handcuffs while she continued to yell at us. After placing both subjects in caged patrol vehicles; one in Ranger Orfe's and one in Bullhead City Officer Teske's vehicle, I began searching the minivan for identification and other evidence.

On the passenger side front floor was a black eye glass case. Whe I opened it I saw that it contained several syringes and small plastic pouches of the type used for illegal drugs. This I know from nearly 30 years of experience as a law enforcement ranger; from hundreds of hours of training on drugs and dozens of arrests. I also found in the center console another syrings with a metal spoon wrapped in plastic with some type of residue or substance in the bowl of the spoon. From my experience and training, I believed this substance to be heroin. It later field tested positive for heroin/opiates.

In the females purse I found another couple syringes and a marijuana pipe, along with some papers possibly identifying her as Ashley SMITH, or Ashley HOY. There were also blank checks in the name of Terry H. James of Bullhead City, AZ. Two of them were signed but there was no other information on them.

I located a wallet in the drivers door panel with the Arizona drivers license of an Todd A. Feliciano-Shinpaugh of Golden Valley, AZ. This individual held a resemblance to the driver. When I asked the male if that was his ID, he stated that it wasn't, so I asked him why he had another persons identification in his wallet, which he claimed. He told me it was his friends and that he was trying to return it to him. The drivers license had a hole punched through it, which I have seen the MVD use as a means of indicating the license is no longer valid because the person named as been issued a new one. Inside the wallet was a citation from Arizona Department of Public Safety to a Travis Quimby. I asked the male if that was him and he stated it was. Also in the wallet were three checks made-out to a "Jerry Jerome Smith Jr." Each of the listed owners on the check were Eric Allen Joo of Springboro, Ohio; Paige Elizabeth King of Bullhead City, Arizona and Sandy(?) S. McNaughton of Kingman, AZ.

Further search of the van found identification for the following individuals:
- Eric Matthew Witt of Las Vegas, NV
- Cirilo Aleman-Alvarado of Las Vegas, NV
- Edward Arthur of Las Vegas, NV
- Everard William Young of Dayton, OH

Several wallets with nothing contained in them were also found in the van; numerous knives and cell phones. Another glass marijuana pipe was found in the center floor console with a usable quantity of plant matter that tested positive for marijuana.

Finally, the Mercury van with temporary South Carolina license plate            was found to have expired in March of this year. The citation from AZ DPS issued to QUIMBY was for expired registration on the same van, but with a North Carolina license plate.

Based on these facts the following citations were issued to:
Ashley SMITH
*6709238-36 CFR 2.32(a)(1) Interferring with an Agency Function, Resisting/Intentionally Interferring
*6709239-36 CFR 2.32(a)(3) Interferring with an Agency Function, False or Ficticious Information
*6709240-36 CFR2.35(b)(2) Possession of a Controlled Substance, Heroin
*6709241-36 CFR 21.0(b)(10) Camping Outside Designated Area
*6709242- 36CFR 2.35(b)(2) Possession of a Controlled Substance, Marijuana

Travis QUIMBY:
*6709243-36 CFR 2.10(b)(10) Camping Outside Designated Area
*6709245-36 CFR 4.2(b), ARS 28-2153(A) Unregistered Vehicle
*6709246-36 CFR 2.35(b)(2) Possession of a Controlled Substance, Heroin
*6709247-36 CFR 2.35(b)(2) Possession of a Controlled Substance, Marijuana
*6709248-36 CFR 4.14(b) Open Container of Alcoholic Beverage in a Motor Vehicle

CVB Location A180

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/10/2017
Date (mm/dd/yyyy)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 08/10/2017
Date (mm/dd/yyyy)           U.S. Magistrate Judge